UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ACER AMERICA CORPORATION, ET AL.,

    Plaintiffs,

    v.

DELL COMPUTER, INC,

    Defendants.
_____/

Case No. C 08-5624   JL

RECUSAL ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

This Court hereby recuses itself from hearing this matter. The Clerk shall reassign this matter forthwith to another judge.

IT IS SO ORDERED.

Dated: December 23, 2008

_____
JAMES LARSON
Chief Magistrate Judge