UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ACER AMERICA CORPORATION, ET AL.,

       Plaintiffs,                      Case No. C 08-5624   JL

  v.                                   RECUSAL ORDER

WI-LAN, ET AL.,

       Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

This Court hereby recuses itself from hearing this matter.  The Clerk shall reassign this matter forthwith to another judge.

IT IS SO ORDERED.

Dated: December 23, 2008

_____
JAMES LARSON
Chief Magistrate Judge