Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ACER AMERICA CORP., APPLE INC., DELL INC., and GATEWAY, INC.,

Plaintiff(s),

v.

WI-LAN, INC.,

Defendant(s).

CASE NO. C 08-CV-5624 SI

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Chijioke E. Offor , an active member in good standing of the bar of the Eastern District of Texas whose business address and telephone number (particular court to which applicant is admitted) is JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
214-969-5172
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing DELL INC.,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

United States District Judge
Susan Illston