MCKOOL SMITH PC
Gayle Rosenstein Klein
State Bar No. 237975
399 Park Avenue, Suite 3200
New York, New York 10022
Telephone: (212) 402-9400
Facsimile: (212) 402-9444
Email: gklein@mckoolsmith.com

Attorneys for SPECIALLY APPEARING
DEFENDANT Wi-LAN Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACER AMERICA CORP., APPLE INC., DELL INC., AND GATEWAY, INC.<br><br>Plaintiffs,<br><br>v.<br><br>WI-LAN INC.,<br><br>Defendant. | Case No. C 08-CV-05624 (SI)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |

Subject to its special appearance, specially appearing defendant Wi-LAN Inc., by and through its counsel, requests that defendant's time to answer or otherwise plead to the complaint be extended until a date ten (10) days after Judge James Ware rules on Wi-LAN Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction, Subject Matter Jurisdiction and Improper Venue, and Motion to Transfer to First Filed Forum, filed January 15, 2009, in a related declaratory judgment action styled *Intel Corp. v Wi-LAN Inc. et al*, 5:08-cv-4555 (N.D. Cal.).

This stipulated request is made on the grounds that the parties wish to avoid duplicative motion practice. Judge Ware's anticipated ruling in the *Intel* case will give the parties substantial guidance as to how to proceed and may eliminate the need for motion practice in the instant

1  action. Accordingly, it is in the interest of private and judicial economy to extend the time for

2  Wi-LAN Inc. to answer or otherwise plead until a date ten (10) days after this Court's ruling in

3  *Intel Corp. v. Wi-LAN Inc. et al*.

4      Defendant's time to respond to the complaint has been previously extended one time by

5  Order dated February 6, 2009 (DI 18). Plaintiffs Acer America Corp., Apple Inc., Dell Inc., and

6  Gateway Inc. stipulate to such extension and, therefore, do not oppose defendant's request.

7      So stipulated,

8

9  Dated: February 20, 2009                    MCKOOL SMITH PC

10                                   By:      _____/s/_____

11                                        Gayle Rosenstein Klein
                                          State Bar No. 237975
12                                        MCKOOL SMITH PC
                                          399 Park Avenue, Suite 3200
13                                        New York, New York 10022
                                          Telephone: (212) 402-9400
14                                        Facsimile: (212) 402-9444
                                          Email: gklein@mckoolsmith.com
15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND
TO AMENDED COMPLAINT                                                         - 2 -
Case No. C 08-CV-05624 (SI)

Dallas 272777v1

McKOOL SMITH
A PROFESSIONAL CORPORATION • ATTORNEYS
NEW YORK, N.Y.

1  Dated: February 20, 2009                    ORRICK HERRINGTON SUTCLIFF
2                                               LLP

3                                         By:   _____/s/_____
                                               Michael C. Spillner
4                                              State Bar No. 205785
5                                              ORRICK HERRINGTON SUTCLIFF
                                               LLP
6                                              1000 Marsh Road
                                               Menlo Park, California 94025
7                                              Telephone: (650) 614-7400
                                               Facsimile: (650) 614-7401
8                                              Email:  mspillner@orrick.comG.

9                                              G. Hopkins Guy, III
10                                             State Bar No. 124811
                                               ORRICK HERRINGTON SUTCLIFF
11                                             LLP
                                               1000 Marsh Road
12                                             Menlo Park, California 94025
                                               Telephone: (650) 614-7400
13                                             Facsimile: (650) 614-7401
                                               Email:  hopguy@orrick.com
14

15                                             Kai Tseng
                                               State Bar No. 193756
16                                             ORRICK HERRINGTON SUTCLIFF
                                               LLP
17                                             1000 Marsh Road
                                               Menlo Park, California 94025
18                                             Telephone: (650) 614-7400
                                               Facsimile: (650) 614-7401
19                                             Email:  ktseng@orrick.com

20

21

22                                             Attorney for Plaintiffs ACER
                                               AMERICA CORP. and GATEWAY,
23                                             INC.

24

25

26

27

28  STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND
    TO AMENDED COMPLAINT                                              - 3 -
    Case No. C 08-CV-05624 (SI)

Dallas 272777v1

McKool Smith
A Professional Corporation • Attorneys
New York, N.Y.

1    Dated: February 20, 2009            MILBANK, TWEED, HADLEY & McCLOY

2                                         LLP

3                                   By:         /s/

4                                        Mark C. Scarsi

                                       State Bar No. 183926

5                                        MILBANK, TWEED, HADLEY &

                                       MCCLOY LLP

6                                        601 South Figueroa Street

                                       30th Floor

7                                        Los Angeles , CA 90017-5735

                                       Telephone: (213) 892-4000

8                                        Facsimile: (213) 629-5063

9                                        Attorney for Plaintiff APPLE INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND

       TO AMENDED COMPLAINT                         - 4 -

       Case No. C 08-CV-05624 (SI)

       Dallas 272777v1

McKool Smith
A Professional Corporation • Attorneys
New York, N.Y.

Dated:  February 20, 2009

JONES DAY

By:        /s/
Arthur S. Beeman
State Bar No. 237996
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email:   asbeeman@jonesday.com

Pamela K. Fulmer
State Bar No. 154736
JONES DAY
555 California Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email:   pkfulmer@jonesday.com

Thomas R. Jackson (admitted *pro hac vice*)
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
Email:   trjackson@jonesday.com

Daniel T. Conrad (admitted *pro hac vice*)
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
Email:   dtconrad@jonesday.com

Attorneys for Plaintiff DELL, INC.

McKool Smith
A Professional Corporation • Attorneys
New York, N.Y.

1    Upon the parties' stipulation, and good cause appearing therefore, it is ORDERED that

2    specially appearing defendant Wi-LAN Inc.'s time to answer or otherwise plead to the complaint

3    herein is hereby extended until a date ten (10) days after this Court's ruling on Wi-LAN Inc.'s

4    Motion to Dismiss for Lack of Personal Jurisdiction, Subject Matter Jurisdiction and Improper

5    Venue and Motion to Transfer to First Filed Forum, filed January 15, 2009, in a related

6    declaratory judgment action styled *Intel Corp. v Wi-LAN Inc. et al*, 5:08-cv-4555 (N.D. Cal.).

7

8                          2/20/09

9    Dated: _____, 2009        By: _____

10                                              United States District Court Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND
     TO AMENDED COMPLAINT                                                  - 6 -
     Case No. C 08-CV-05624 (SI)

McKool Smith
A Professional Corporation • Attorneys
New York, N.Y.

CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2009, a true and correct copy of the foregoing STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT was filed electronically with the Clerk of the Court using CM/ECF System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

By: _____ /s/ Michael G. McManus _____
Michael G. McManus

McKool Smith
A Professional Corporation • Attorneys
New York, N.Y.

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND
TO AMENDED COMPLAINT                                                    - 1 -
Case No. C 08-CV-05624 (SI)

Dallas 272777v1