MCKOOL SMITH PC
Gayle Rosenstein Klein
State Bar No. 237975
399 Park Avenue, Suite 3200
New York, New York 10022
Telephone: (212) 402-9400
Facsimile: (212) 402-9444
Email: gklein@mckoolsmith.com

Attorneys for SPECIALLY APPEARING
DEFENDANT Wi-LAN Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACER AMERICA CORP., APPLE INC., DELL INC., AND GATEWAY, INC.<br><br>Plaintiffs,<br><br>v.<br><br>WI-LAN INC.,<br><br>Defendant. | Case No. C 08-CV-05624 (SI)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |

Subject to its special appearance, specially appearing defendant Wi-LAN Inc., by and through its counsel, requests that defendant's time to answer or otherwise plead to the complaint be extended until a date ten (10) days after Judge James Ware rules on Wi-LAN Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction, Subject Matter Jurisdiction and Improper Venue, and Motion to Transfer to First Filed Forum, filed January 15, 2009, in a related declaratory judgment action styled *Intel Corp. v Wi-LAN Inc. et al*, 5:08-cv-4555 (N.D. Cal.).

This stipulated request is made on the grounds that the parties wish to avoid duplicative motion practice. Judge Ware's anticipated ruling in the *Intel* case will give the parties substantial guidance as to how to proceed and may eliminate the need for motion practice in the instant

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND
TO AMENDED COMPLAINT                                                                                  - 1 -
Case No. C 08-CV-05624 (SI)

Dallas 272777v1

1  action. Accordingly, it is in the interest of private and judicial economy to extend the time for
2  Wi-LAN Inc. to answer or otherwise plead until a date ten (10) days after this Court's ruling in
3  *Intel Corp. v. Wi-LAN Inc. et al*.
4  Defendant's time to respond to the complaint has been previously extended one time by
5  Order dated February 6, 2009 (DI 18). Plaintiffs Acer America Corp., Apple Inc., Dell Inc., and
6  Gateway Inc. stipulate to such extension and, therefore, do not oppose defendant's request.
7  So stipulated,

9  Dated: February 20, 2009                MCKOOL SMITH PC

10                                         By:    /s/
11                                         Gayle Rosenstein Klein
                                           State Bar No. 237975
12                                         MCKOOL SMITH PC
                                           399 Park Avenue, Suite 3200
13                                         New York, New York 10022
                                           Telephone: (212) 402-9400
14                                         Facsimile: (212) 402-9444
                                           Email: gklein@mckoolsmith.com

MCKOOL SMITH
A PROFESSIONAL CORPORATION · ATTORNEYS
NEW YORK, N.Y.

28  STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND
    TO AMENDED COMPLAINT                                                           - 2 -
    Case No. C 08-CV-05624 (SI)

Dallas 272777v1

| | |
|---|---|
| Dated: February 20, 2009 | ORRICK HERRINGTON SUTCLIFF LLP |
| | By: _____/s/_____<br>Michael C. Spillner<br>State Bar No. 205785<br>ORRICK HERRINGTON SUTCLIFF LLP<br>1000 Marsh Road<br>Menlo Park, California 94025<br>Telephone: (650) 614-7400<br>Facsimile: (650) 614-7401<br>Email: mspillner@orrick.comG. |
| | G. Hopkins Guy, III<br>State Bar No. 124811<br>ORRICK HERRINGTON SUTCLIFF LLP<br>1000 Marsh Road<br>Menlo Park, California 94025<br>Telephone: (650) 614-7400<br>Facsimile: (650) 614-7401<br>Email: hopguy@orrick.com |
| | Kai Tseng<br>State Bar No. 193756<br>ORRICK HERRINGTON SUTCLIFF LLP<br>1000 Marsh Road<br>Menlo Park, California 94025<br>Telephone: (650) 614-7400<br>Facsimile: (650) 614-7401<br>Email: ktseng@orrick.com |
| | Attorney for Plaintiffs ACER AMERICA CORP. and GATEWAY, INC. |

McKool Smith<br>A Professional Corporation · Attorneys<br>New York, N.Y.

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT
Case No. C 08-CV-05624 (SI)

- 3 -

Dallas 272777v1

| | | |
|---|---|---|
| 1 | Dated: February 20, 2009 | MILBANK, TWEED, HADLEY & McCLOY LLP |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | Mark C. Scarsi |
| | | State Bar No. 183926 |
| 5 | | MILBANK, TWEED, HADLEY & MCCLOY LLP |
| 6 | | 601 South Figueroa Street |
| | | 30th Floor |
| 7 | | Los Angeles, CA 90017-5735 |
| | | Telephone: (213) 892-4000 |
| 8 | | Facsimile: (213) 629-5063 |
| 9 | | Attorney for Plaintiff APPLE INC. |

McKool Smith
A Professional Corporation • Attorneys
New York, N.Y.

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND
TO AMENDED COMPLAINT                                               - 4 -
Case No. C 08-CV-05624 (SI)

Dallas 272777v1

| | | |
|---|---|---|
| 1 | Dated: February 20, 2009 | JONES DAY |
| 2 | | By:   /s/ |
| 3 | | Arthur S. Beeman |
| | | State Bar No. 237996 |
| 4 | | JONES DAY |
| | | 555 California Street, 26th Floor |
| 5 | | San Francisco, California 94104 |
| | | Telephone: (415) 626-3939 |
| 6 | | Facsimile: (415) 875-5700 |
| 7 | | Email:  asbeeman@jonesday.com |
| 8 | | Pamela K. Fulmer |
| | | State Bar No. 154736 |
| 9 | | JONES DAY |
| | | 555 California Street, 26th Floor |
| 10 | | San Francisco, California 94104 |
| | | Telephone: (415) 626-3939 |
| 11 | | Facsimile: (415) 875-5700 |
| 12 | | Email:  pkfulmer@jonesday.com |
| 13 | | Thomas R. Jackson (admitted *pro hac vice*) |
| 14 | | JONES DAY |
| 15 | | 2727 North Harwood Street |
| | | Dallas, Texas 75201-1515 |
| 16 | | Telephone: (214) 220-3939 |
| | | Facsimile: (214) 969-5100 |
| 17 | | Email:  trjackson@jonesday.com |
| 18 | | Daniel T. Conrad (admitted *pro hac vice*) |
| 19 | | JONES DAY |
| 20 | | 2727 North Harwood Street |
| | | Dallas, Texas 75201-1515 |
| 21 | | Telephone: (214) 220-3939 |
| | | Facsimile: (214) 969-5100 |
| 22 | | Email:  dtconrad@jonesday.com |
| 23 | | Attorneys for Plaintiff DELL, INC. |

(Left margin: McKool Smith, A Professional Corporation • Attorneys, New York, N.Y.)

28  STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND
TO AMENDED COMPLAINT                                                                 - 5 -
Case No. C 08-CV-05624 (SI)

Dallas 272777v1

Upon the parties' stipulation, and good cause appearing therefore, it is ORDERED that specially appearing defendant Wi-LAN Inc.'s time to answer or otherwise plead to the complaint herein is hereby extended until a date ten (10) days after th~~is Court~~'s ruling on Wi-LAN Inc.'s [Judge Ware's] Motion to Dismiss for Lack of Personal Jurisdiction, Subject Matter Jurisdiction and Improper Venue and Motion to Transfer to First Filed Forum, filed January 15, 2009, in a related declaratory judgment action styled *Intel Corp. v Wi-LAN Inc. et al*, 5:08-cv-4555 (N.D. Cal.).

Dated: 2/20/09 , 2009      By: _____

United States District Court Judge

McKool Smith
A Professional Corporation · Attorneys
New York, N.Y.

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2009, a true and correct copy of the foregoing STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT was filed electronically with the Clerk of the Court using CM/ECF System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

By:    /s/ Michael G. McManus
       Michael G. McManus

McKool Smith
A Professional Corporation • Attorneys
New York, N.Y.

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND
TO AMENDED COMPLAINT    - 1 -
Case No. C 08-CV-05624 (SI)

Dallas 272777v1