Robert A. Cote (admitted *pro hac vice*)
rcote@mckoolsmith.com
Gayle Rosenstein Klein (State Bar No. 237975)
gklein@mckoolsmith.com
MCKOOL SMITH P.C.
399 Park Avenue, Suite 3200
New York, NY 10022
Telephone: (212) 402-9400
Facsimile:  (212) 402-9444

Laura A. Handley (State Bar No. 171478)
lhandley@mckoolsmith.com
MCKOOL SMITH P.C.
300 W. 6th Street, Suite 1700
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

ATTORNEYS FOR DEFENDANT WI-LAN INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BROADCOM CORPORATION ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> WI-LAN, INC., <br><br> Defendant. <br><br> AND RELATED ACTIONS | Case No. 5:08-cv-5543 <br> Case No. 5:08-cv-5544 <br> Case No. 5:08-cv-5624 <br><br> **[PROPOSED] ORDER GRANTING WI-LAN'S MOTION TO TRANSFER REMAINING DECLARATORY JUDGMENT CLAIMS** |

Dallas 284464v1

1

1   Before this Court is Wi-LAN's Motion to Transfer Remaining Declaratory Judgment
2   Claims. The Court having considered the papers filed and arguments presented in connection
3   with the aforementioned motion, and good cause appearing therefore:
4   IT IS HEREBY ORDERED THAT Wi-LAN's Motion to Transfer Remaining
5   Declaratory Judgment Claims is hereby GRANTED.

Dated: _____, 2009

_____

The Honorable James Ware

United States District Judge

i

Dallas 284464v1