| | |
|---|---|
| G. HOPKINS GUY, III (SBN 124811) <br> hopguy@orrick.com <br> KAI TSENG (SBN 193756) <br> ktseng@orrick.com <br> MICHAEL C. SPILLNER (SBN 205785) <br> mspillner@orrick.com <br> JAMES H. LIN (SBN 241472) <br> jlin@orrick.com <br> ORRICK, HERRINGTON <br> & SUTCLIFFE LLP <br> 1000 Marsh Road <br> Menlo Park, California  94025 <br> Telephone:  (650) 614-7400 <br> Facsimile:  (650) 614-7401 <br><br> Attorneys for Plaintiffs <br> ACER AMERICA CORPORATION and <br> GATEWAY, INC. | THOMAS R. JACKSON (*pro hac vice*) <br> trjackson@jonesday.com <br> DANIEL T. CONRAD (*pro hac vice*) <br> dtconrad@jonesday.com <br> JONES DAY <br> 2727 North Harwood Street <br> Dallas, Texas 75201-1515 <br> Telephone:  (214) 220-3939 <br> Facsimile:  (214) 969-5100 <br><br> ARTHUR S. BEEMAN (SBN 237996) <br> asbeeman@jonesday.com <br> PAMELA K. FULMER (SBN 154736) <br> pkfulmer@jonesday.com <br> JONES DAY <br> 555 California Street, 26th Floor <br> San Francisco, California  94104 <br> Telephone:   (415) 626-3939 <br> Facsimile:   (415) 875-5700 <br><br> Attorneys for Plaintiff <br> DELL INC. |

**IT IS SO ORDERED**
/s/ James Ware
Judge James Ware
9/2/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACER AMERICA CORP., APPLE INC., DELL INC., and GATEWAY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WI-LAN, INC., <br><br> Defendant. | Case No.  C-08-05624 JW <br><br> **Related To:** <br> Case No. C 08-04555 <br> Case No. C 08-05543 <br> Case No. C 08-05544 <br> Case No. C 08-05742 <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY ACER AMERICA CORPORATION, DELL INC., AND GATEWAY, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** <br><br> The Honorable James Ware |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Acer America Corporation, Dell Inc., and Gateway, Inc. hereby voluntarily dismiss their claims in this action without prejudice.

Dated: August 17, 2009

Respectfully submitted,

G. HOPKINS GUY, III
KAI TSENG
MICHAEL C. SPILLNER
JAMES H. LIN
ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ *James H. Lin*
James H. Lin
Attorneys for Plaintiffs
Acer America Corporation and Gateway, Inc.

Dated: August 17, 2009

THOMAS R. JACKSON
DANIEL T. CONRAD
ARTHUR S. BEEMAN
PAMELA K. FULMER
JONES DAY

/s/ *Daniel T. Conrad*
Daniel T. Conrad
Attorneys for Plaintiff Dell Inc.

Pursuant to General Order 45, Part X, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: August 17, 2009

/s/ *James H. Lin*
James H. Lin

**IT IS SO ORDERED:**

The Clerk shall terminate the respective parties from the docket.

Dated: September 2, 2009

*James Ware*
United States District Judge

- 1 -

NOTICE OF VOLUNTARY DISMISSAL
C-08-05624 JW

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY ACER AMERICA CORPORATION AND GATEWAY, INC. PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** with the clerk of court for the United States District Court, Northern District of California, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

Dated:  August 17, 2009                                          */s/ Josette Romero*
                                                                                Josette Romero