**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***
**TOTAL TIME: 45 mins**

**CIVIL MINUTES**

**Judge: James Ware**
**Date:  September 28, 2009**
**Case No.: C-08-05543  JW**
**Related Case No.: C-08-05544 JW**
                                 **C-08-05624 JW**

**Courtroom Deputy: Elizabeth Garcia**
**Court Reporter: Irene Rodriguez**
**Special Master: N/A**
**Interpreter: N/A**

**TITLE**

**Broadcom Corporation et al v. Wi-Lan, Inc**
**Marvell Semiconductor Inc. et al v. Wi-Lan Inc**
**Acer America Corporation et al v Wi-Lan Inc**

**Attorney(s) for Plaintiff(s)**: Mike DeVries, Eli Ticatch and Dave Troutman (Broadcom), Jonah Mitchell
(Atheros Communications); Lily Lim (Marvell Semiconductor); Mark Scarsi (Apple Inc)
**Attorney(s) for Defendant(s)**: Robert Cote, Joshua Reiten

**PROCEEDINGS**

**Defendant's Motion to Transfer to the Eastern District of Texas [Doc. 40, in 08-05543, 30 in 08-05544, 44
in 08-05624]**

**ORDER AFTER HEARING**

Hearing Held.  The Court took the matter under submission after oral argument.  The Court to issue further
Order following hearing.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: